# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN A. RIPLEY, | NO. ED CV 14-2170-MMM (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: *December 14, 2015*.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE